3.10.15

Fourth Court of Appeals
Cadeena - Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

14.520-CR



RE: Trial Court Case No. 2014 CR2945
Style: State of Texas V. Steven M. Gary

Keith Hottle Clerk:

Can you please tell me on 3.2.15 what Mandate was Received and what conviction was affirmed. On my Inmate Management Information Service It States on 3.2.15 Mandate Received Mandate Conviction Confirmed Trial Court Case No. 2014 CR2945. Being I'm Still awaiting trial on this Trial Court Case. Thank you.

Respectfully Submitted

Steven Mitchell Gary

Steven Mitchell Gary
No. 900827
200 N. Comal A0
San Antonio, Tx 78207

Fourth Court of Appeals
Cadeena - Reeves Justice Center
300 Dolorosa, Suite 3200
San - Antonio, Texas 78205

neopost
03/12/2015
US POSTAGE $000.48⁰

FIRST-CLASS MAIL

ZIP 78205
041M12250025

78205533 LEGAL Mail